UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRUSTEES OF THE ACRA-LOCAL 725
PENSION TRUST FUND, TRUSTEES OF THE
ACRA-LOCAL 725 HEALTH AND WELFARE
TRUST FUND, TRUSTEES OF THE ACRA-
LOCAL 725 DEFINED CONTRIBUTION                    CASE NO.
TRUST FUND, TRUSTEES OF THE
ACRA-LOCAL 725 EDUCATIONAL
TRUST FUND, and THE UNITED
ASSOCIATION LOCAL UNION NO. 725
OF MIAMI, FLORIDA, A.F.L.-C.I.O.,

                                                  Plaintiffs,
v.

ENAIRWISE REFRIGERATION, L.L.C.,
a Florida limited liability company,

                                                  Defendant.
_____/

## COMPLAINT

COME NOW, the Plaintiffs, and file this their Complaint against, and allege as follows:

1.   This Court has jurisdiction pursuant to Sections 502 and 515 of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132 and 1145, hereinafter referred to as "ERISA", and pursuant to Section 301 of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. §185, hereinafter referred to as the "Act".

2.   Plaintiffs are as follows:

A.   The ACRA-LOCAL 725 PENSION TRUST FUND (hereinafter, the "PENSION FUND"), the ACRA-LOCAL 725 HEALTH AND WELFARE TRUST FUND (hereinafter, the "WELFARE FUND"), the ACRA-LOCAL 725 DEFINED CONTRIBUTION TRUST FUND (hereinafter, the "DC FUND"), and the ACRA-

LOCAL 725 EDUCATIONAL TRUST FUND (hereinafter, the "APPRENTICESHIP FUND"), are each employee benefit plans and multi-employer employee benefit plans within the meaning of Section 3(3) of ERISA, 29 U.S.C. §1003(3).

B.      The Boards of Trustees of the PENSION FUND, the WELFARE FUND, the DC FUND, and the APPRENTICESHIP FUND, are the administrators for said multi-employer, employee benefit plans within the meaning of Section 3(16) of ERISA, 29 U.S.C. §1003(16), and serve as the named fiduciaries and/or fiduciaries for said multi-employer, employee benefit plans within the meaning of Section 2(a)(2) of ERISA, 29 U.S.C. §1002(a)(2).

C.      Plaintiff, The UNITED ASSOCIATION LOCAL UNION NO. 725 OF MIAMI, FLORIDA, A.F.L.-C.I.O. (hereinafter referred to as "LOCAL 725"), is a labor organization within the meaning of Section 2(5) of the Act, 29 U.S.C. §152(5).

D.      LOCAL 725 has been a charted local union of the UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO (hereinafter, the "UA"), which is a labor organization within the meaning of Section 2(5) of the Act, 29 U.S.C. §152(5).

3.      The Defendant, ENAIRWISE REFRIGERATION, L.L.C., hereinafter referred to as "ENAIRWISE", is a Florida limited liability company engaged in commerce within the meaning of the Act, incorporated as of December 1, 2011, and whose current principal address is located at 8261 S.W. 30 Street, Miami, Miami-Dade County, Florida 33155, which is within this judicial district.

4.	At all material times since at least May 9, 2014, ENAIRWISE has been bound to the National Service and Maintenance Agreement in effect by and between the U A and the MECHANICAL SERVICE CONTRACTORS OF AMERICA (hereinafter, the "MSCA" and the "NSM Agreement"), by virtue of ENAIRWISE execution of that certain Mechanical Service Contractor Application for the National Service and Maintenance Agreement as of May 3, 2014, and approved by William P. Hite, General President, UA, on May 9, 2014 (hereinafter, the "MSCA Application and Agreement"). A copy of the NSM Agreement is attached hereto and made a part hereof as Exhibit "A". A copy of the MSCA Application and Agreement is attached hereto and made a part hereof as Exhibit "B".

5.	Pursuant to Article XII of the NSM Agreement, ENAIRWISE became bound to the collective bargaining agreement for the local South Florida geographic jurisdiction covered by LOCAL 725, and further became bound and obligated to report and remit fringe benefit contributions and other required wage and benefit payments and contributions in accordance with the collective bargaining agreement in effect with LOCAL 725. A copy of the collective bargaining in effect between LOCAL 725 and the AIR CONDITIONING, REFRIGERATION, HEATING & PIPING ASSOCIATION, INC. (hereinafter, referred to as the "MCASF" or the MECHANICAL CONTRACTORS ASSOCIATION OF SOUTH FLORIDA"), effective as of July 16, 2014 and continuing through and until July 15, 2016 (hereinafter, referred to as the "2014 CBA"), is attached hereto and made a part hereof as Exhibit "C".

6.  ENAIRWISE, being obligated to the 2014 CBA, additionally became obligated to remit reports and payment of fringe benefit contributions to the PENSION FUND, the WELFARE FUND, the DC FUND and/or the APPRENTICESHIP FUND, and to remit reports and other payments to LOCAL 725, all in accordance with the 2014 CBA, as well as the governing plan documents for the PENSION FUND, the WELFARE FUND, the DC FUND and/or the APPRENTICESHIP FUND, as well as in accordance with the applicable provisions of ERISA, and the administrative regulations promulgated in pursuance thereof.

7.  At all times material hereto, ENAIRWISE has been an employer within the meaning of 29 U.S.C. §152(2) and Section 2(5) of ERISA, 29 U.S.C. §1002(5), and Section 2(2) of the Act.

8.  Subsequent to becoming bound to the 2014 CBA, ENAIRWISE had, and continued to employ persons within the trade and territorial jurisdiction of said agreement, and continued to be obligated to make timely payment of the fringe benefit contributions and other payments prescribed by said agreement(s) to Plaintiffs.

9.  All of the contributions and other payments that ENAIRWISE has been required to report and make to Plaintiffs were due within this judicial district, and or to their designated agent(s).

10. The contributions and other payments at issue in this action are due for hours of covered work performed by individuals employed by ENAIRWISE for work performed subject to the 2014 CBA (Exhibit C), all within this judicial district.

11.     During the weekly reporting periods commencing with the weekly period ending as of March 15, 2015 and continuing through May 24, 2015 (12 weekly periods), and for the weekly periods ending since and including August 7, 2015 through September 12, 2015 (an additional 6 weekly periods), ENAIRWISE has failed to pay the total amounts due Plaintiffs.

12.     ENAIRWISE has therefore failed to pay the contributions due in a timely manner as was required by the collective bargaining agreements to which it had been bound.

13.     Upon information and belief and without the benefit of the payroll books and records of ENAIRWISE by a certified public accountant, it is believed based upon prior payments and fringe benefit contribution reporting forms remitted by ENAIRWISE, that ENAIRWISE owes Plaintiffs, PENSION FUND, WELFARE FUND, DC FUND, APPRENTICESHIP FUND, and LOCAL 725, the approximate amount of $514.80 per weekly period, estimated as due and owing in the sum of $9,266.64, together with interest and late payment service fees accruing thereupon, plus statutory liquidated damages, attorney fees and costs. (All of the preceding amounts are unaudited and are based upon the amounts reported and paid in similar prior reporting periods.)

14.     In accord with the above-referenced collective bargaining agreements, Plaintiffs PENSION FUND, WELFARE FUND, DC FUND, APPRENTICESHIP FUND and LOCAL 725 have been entitled to have a certified public accountant inspect ENAIRWISE's payroll books and records in order to determine the appropriate amount of hours worked by ENAIRWISE's employees, and the corresponding amount of contributions that should have been reported, remitted and paid to Plaintiffs, so as to ensure in fairness to Plaintiffs and ENAIRWISE, that the appropriate amount of

contributions were correctly reported and paid, and that any deficiencies are properly calculated.

15. ENAIRWISE is in sole possession of the dates, time periods, services rendered and job sites where services were rendered by its employees, for which contributions and other required payments were and/or became due to Plaintiffs, PENSION FUND, WELFARE FUND, DC FUND, APPRENTICESHIP FUND and LOCAL 725.

16. Plaintiffs, PENSION FUND, WELFARE FUND, DC FUND, and the APPRENTICESHIP FUND are entitled to a reasonable attorney's fee for the maintenance of this action and the costs of bringing this action. See, Section 502 and 515 of ERISA, 29 U.S.C. §§1132 and 1145, which provide:

> 29 U.S.C. Section 1145 states:
>
> Every employer who is obligated to make contributions to a multi-employer plan under the terms of the plan or under the terms of a collective bargaining agreement shall, to the extent not inconsistent with law, make such contributions in accordance with the terms and conditions of such plan or such agreement.
>
> See, Exhibits A and C.
> 29 U.S.C. Section 1132(g)(2) states:
>
> In any action under this title by a fiduciary for and on behalf of a plan to enforce Section 1145 of this title in which a judgment in favor of the plan is awarded, the court shall award the plan -
>
> (A)   the unpaid contributions,
>
> (B)   interest on the unpaid contributions,
>
> (C )  an amount equal to the greater of –
>
>   (i)   interest on the unpaid contributions, or
>
>   (ii)  liquidated damages provided for under the plan in an amount not in excess of 20% (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the court under subparagraph (A),

> (D) reasonable attorney's fees and costs of the action, to be paid by the defendant, and
>
> (E) such other legal or equitable relief as the court deems appropriate.

18. Plaintiffs have complied with all conditions precedent in bringing this suit, or same have occurred, been performed or waived.

19. Plaintiffs have been required to employ the undersigned attorney to collect the monies that may be found to be due and owing from ENAIRWISE and are obligated to pay their attorneys a reasonable attorney's fee.

**WHEREFORE**, Plaintiffs, TRUSTEES OF THE ACRA-LOCAL 725 PENSION TRUST FUND, TRUSTEES OF THE ACRA-LOCAL 725 HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE ACRA-LOCAL 725 DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE ACRA-LOCAL 725 EDUCATIONAL TRUST FUND, and THE UNITED ASSOCIATION LOCAL UNION NO. 725 OF MIAMI, FLORIDA, A.F.L.-C.I.O., pray that this Court grant unto them the following relief:

> 1. Order Defendant, ENAIRWISE REFRIGERATION, L.L.C., allow an audit of its payroll books and records by a certified public accountant appointed by Plaintiffs, and that Defendant be ordered to pay for the costs of said audit;
>
> 2. Enter a Final Judgment for damages in favor of Plaintiffs and against the Defendant, ENAIRWISE REFRIGERATION, L.L.C., by reason of the above and after determination of the amount due as a result of the audit; and
>
> 3. Order the Defendant, ENAIRWISE REFRIGERATION, L.L.C., pay a reasonable attorney's fee for the prosecution and maintenance of this action, costs for bringing this action, interest and liquidated damages;
>
> 4. Grant such other relief as this Court deems just and proper.

Respectfully submitted,

RICHARD M. WEINER, P.A.

By: */s/ Richard M. Weiner*
Richard M. Weiner, Esq.
Counsel for Plaintiffs
E-mail: rmwlaw@comcast.net

RICHARD M. WEINER, P.A.
7479 N.W. 4th Street
Plantation, Florida  33317 - 2227
Tel. (954) 321 – 1815
Fax (888) 832 - 6320

Dated:  November 4, 2015.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of November 2015, that I have electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true and correct copy of the foregoing Complaint has been furnished to the Secretary of the Treasury and the Secretary of Labor in accordance with the requirements of the Employee Retirement Income Security Act of 1974, by U.S. Mail, Certified Mail, Return Receipt Requested.

    Respectfully submitted,

    */s/ Richard M. Weiner*
    Richard M. Weiner, Esq.
    Florida Bar No. 0776602

    RICHARD M. WEINER, P.A.
    7479 N.W. 4th Street
    Plantation, Florida  33317 - 2227
    Tel. (954) 321 – 1815
    Fax (888) 832 – 6320
    E-mail: rmwlaw@comcast.net
    Counsel for Plaintiffs:

TRUSTEES OF THE ACRA-LOCAL 725 PENSION TRUST FUND, TRUSTEES OF THE ACRA-LOCAL 725 HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE ACRA-LOCAL 725 DEFINED CONTRIBUTION RETIREMENT TRUST, TRUSTEES OF THE ACRA-LOCAL 725 EDUCATION TRUST FUND, AND UNITED ASSOCIATION LOCAL UNION NO. 725, MIAMI, FLORIDA, A.F.L.-C.I.O.